UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YVETTE VOZZO,

        Plaintiff,

-against-

THE WAY INTERNATIONAL, et al.,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/19/21

20-CV-8026 (AT) (BCM)

**ORDER REGARDING GENERAL PRETRIAL MANAGEMENT AND SCHEDULING DISCOVERY CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

    The above-referenced action has been referred to Magistrate Judge Barbara Moses for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions, and settlement, pursuant to 28 U.S.C. § 636(b)(1)(A). All pretrial motions and applications, including those related to scheduling and discovery (but excluding motions to dismiss or for judgment on the pleadings, for injunctive relief, for summary judgment, or for class certification under Fed. R. Civ. P. 23) must be made to Judge Moses and in compliance with this Court's Individual Practices in Civil Cases, available on the Court's website at https://nysd.uscourts.gov/hon-barbara-moses.

    It appearing to the Court that the parties have an unresolved discovery dispute (*see* Dkt. No. 34) but that the parties have not yet met and conferred on the issue, plaintiff and defendant The Way International (The Way) are directed to meet and confer in good faith (and in real time) to resolve the issue no later than **August 26, 2021.** If they resolve the issue, they shall file a joint letter no later than **August 27, 2021**, so advising the Court and proposing a revised discovery schedule. If they are unable to resolve the pending issue, plaintiff is directed to re-file her letter-motion, no later than **August 27, 2021**, confirming that the relevant parties met and conferred either in person or telephonically, and attaching the disputed discovery requests and responses. In accordance with Moses Ind. Prac. § 2(e), The Way shall respond to plaintiff's letter-motion no

later than **September 1, 2021**. Plaintiff may file an optional reply no later than **September 3, 2021**. The Court will conduct a telephonic discovery conference on **September 9, 2021, at 2:00 p.m.** regarding the issues raised in plaintiff's letter-motion. At that time, the parties are directed to call (888) 557-8511 and enter the access code 7746387.

Parties and counsel are further cautioned:

1. To the extent plaintiff still wishes to move for default judgment against defendant Michael Minnetta, who has neither appeared in this action nor responded to the complaint, she must file a revised proposed certificate of default. The Clerk's Office advised plaintiff's counsel on April 8, 2021, that the proposed certificate was deficient.

2. All discovery must be initiated in time to be concluded by the close of discovery set by the Court.

3. Discovery applications, including letter-motions requesting discovery conferences, must be made promptly after the need for such an application arises and must comply with Local Civil Rule 37.2 and § 2(b) of Judge Moses's Individual Practices. It is the Court's practice to decide discovery disputes at the Rule 37.2 conference, based on the parties' letters, unless a party requests or the Court requires more formal briefing. Absent extraordinary circumstances, discovery applications made later than 30 days prior to the close of discovery may be denied as untimely.

4. For motions other than discovery motions, pre-motion conferences are not required, but may be requested where counsel believe that an informal conference with the Court may obviate the need for a motion or narrow the issues.

5. Requests to adjourn a court conference or other court proceeding (including a telephonic court conference) or to extend a deadline must be made in writing and in compliance with § 2(a) of Judge Moses's Individual Practices. Telephone requests for adjournments or

extensions will not be entertained.

      6.      In accordance with § 1(d) of Judge Moses's Individual Practices, letters and letter-motions are limited to four pages, exclusive of attachments.

Dated: New York, New York
       August 19, 2021

                              **SO ORDERED**.

                              _____
                              **BARBARA MOSES**
                              **United States Magistrate Judge**