

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/2021
```

September 8, 2021

*Via CM/ECF*

Honorable Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

**Re:**   *Vozzo v. The Way International, et al.*
          *Case No. 1:20-CV-8026 (AT)*

Dear Judge Torres:

As you are aware, this office represents defendant, The Way International, in the above referenced matter. A Response to Plaintiff's Request for Productions of documents (doc. #39 with attachments) was mistakenly filed in error and we are respectfully requesting that it be withdrawn from the ECF system.

Your attention and courtesy in this matter is greatly appreciated.

Respectfully submitted,

**GOLDBERG SEGALLA LLP**

Michael E. Appelbaum

MEA:klc

cc:   D. Alexander Latanision *(via ECF)*

GRANTED.

SO ORDERED.

Dated: September 9, 2021
       New York, New York

ANALISA TORRES
United States District Judge