```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/9/2021_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YVETTE VOZZO,

                Plaintiff,

-against-

THE WAY INTERNATIONAL, MICHAEL MINNETTA,

                Defendants.

20 Civ. 8026 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The case management conference scheduled for September 16, 2021, is ADJOURNED to **November 16, 2021**, at **10:20 a.m.** By **November 9, 2021**, the parties shall file their joint status letter.

    SO ORDERED.

Dated: September 9, 2021
          New York, New York

                                                   ANALISA TORRES
                                         United States District Judge