

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YVETTE VOZZO,

        Plaintiff,

-against-

THE WAY INTERNATIONAL, et al.,

        Defendants.

20-CV-8026 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during the telephonic status conference held on September 9, 2021, it is hereby ORDERED that:

1. Defendant The Way International (The Way) shall identify all applicable insurance policies and coverage limits no later than **September 13, 2021**.

2. The Way shall serve supplemental responses to plaintiff's discovery requests, in compliance with Fed. R. Civ. P. 34(b)(2), no later than **September 13, 2021**.

3. The Court will conduct a telephonic status conference on **October 21, 2021, at 11:00 a.m.** At that time, the parties are directed to call (888) 557-8511 and enter the access code 7746387#. No later than **October 18, 2021**, the parties shall file a joint status letter, updating the Court on the progress of discovery and advising the Court as to whether a judicially-supervised settlement conference would be productive.

4. Unless defendant Michael Minnetta appears in this action by **September 17, 2021**, plaintiff shall, on that date, either (1) seek a certificate of default as to Minnetta (*see* Dkt. No. 21), or (2) file a letter advising the Court as to what alternative arrangements have been made with respect to pursuing the case against Minnetta.

Pursuant to The Way's request during the conference, the Clerk of Court is respectfully directed to strike the entry at Dkt. No. 39.

Dated: New York, New York
        September 9, 2021

                                    **SO ORDERED**.

                                    _____
                                    **BARBARA MOSES**
                                    **United States Magistrate Judge**