

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YVETTE VOZZO,

    Plaintiff,

-against-

THE WAY INTERNATIONAL, et al.,

    Defendants.

20-CV-8026 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during the telephonic status conference held on October 21, 2021, it is hereby ORDERED that the following pretrial deadlines are extended:

1. All remaining fact discovery shall be completed no later than **December 31, 2021**. No further extensions will be granted absent compelling circumstances..

2. Plaintiff's disclosure of expert evidence, including the identities and written reports of experts, as required by Fed. R. Civ. P. 26(a)(2)(A), (B), or (C), shall be made no later than **April 15, 2022**. Defendant's disclosure of expert evidence shall be made no later than **May 13, 2022**. Depositions of experts shall be completed no later than **June 30, 2022**.

3. All discovery shall be completed no later than **June 30, 2022**. Preconference letters with respect to summary judgment (or, if there are no summary judgment motions, the proposed joint pretrial order) remain due **30 days after the close of discovery**.

4. The Court will conduct a telephonic status conference on **December 20, 2021, at 10:00 a.m.** At that time, the parties are directed to call (888) 557-8511 and enter the access code 7746387#. No later than **December 13, 2021**, the parties shall file a joint status letter, updating the Court on the progress of discovery and advising the Court as to whether a judicially-supervised settlement conference would be productive.

5. Prior to moving for a default judgment against defendant Minnetta, plaintiff shall meet and confer with defendant The Way regarding the scheduling and sequencing of such a motion.

Dated:  New York, New York  
        October 21, 2021

**SO ORDERED.**

_____  
**BARBARA MOSES**  
**United States Magistrate Judge**