```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/22/2021_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YVETTE VOZZO,

                Plaintiff,

-against-

THE WAY INTERNATIONAL, MICHAEL MINNETTA,

                Defendants.

20 Civ. 8026 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The case management conference scheduled for November 16, 2021, is ADJOURNED to **August 8, 2022**, at **10:00 a.m.** By **August 1, 2022**, the parties shall file their joint status letter.

    SO ORDERED.

Dated: October 22, 2021
       New York, New York

                                          ANALISA TORRES
                                     United States District Judge