UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YVETTE VOZZO,

        Plaintiff,

-against-

THE WAY INTERNATIONAL, et al.,

        Defendants.



20-CV-8026 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons stated on the record during the telephonic status conference held today, it is hereby ORDERED that the following pretrial deadlines are extended:

1. All remaining fact discovery shall be completed no later than **April 29, 2022**.

2. Plaintiff's disclosure of expert evidence, including the identifies and written reports of experts, as required by Fed. R. Civ. P. 26(a)(2)(A), (B), or (C), shall be made no later than **August 15, 2022**. Defendant's disclosure of expert evidence shall be made no later than **September 15, 2022**. Depositions of experts shall be completed no later than **October 31, 2022**.

3. All discovery shall be completed no later than **October 31, 2022**. No further discovery extensions will be granted absent compelling circumstances.

4. Preconference letters with respect to summary judgment (or, if there are no summary judgment motions, the proposed joint pretrial order) remain due **30 days after the close of discovery**.

5. The Court will conduct a telephonic status conference on **March 1, 2022, at 11:00 a.m.** At that time, the parties are directed to call (888) 557-8511 and enter the access code 7746387#. No later than **February 24, 2022**, the parties shall file a joint status letter, updating the Court on the progress of discovery and advising the Court as to whether a judicially-supervised settlement conference would be productive.

Dated: New York, New York
       December 20, 2021

                              SO ORDERED.

                              _____
                              **BARBARA MOSES**
                              **United States Magistrate Judge**