USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/16/2022_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YVETTE VOZZO,

                Plaintiff,

-against-

THE WAY INTERNATIONAL, MICHAEL MINNETTA,

                Defendants.

20 Civ. 8026 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The case management conference scheduled for August 8, 2022, is ADJOURNED to **September 21, 2022**, at **10:00 a.m.** By **September 16, 2022**, the parties shall file their joint status letter.

    SO ORDERED.

Dated: June 16, 2022
       New York, New York

                                          ANALISA TORRES
                                       United States District Judge