```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/10/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YVETTE VOZZO,

       Plaintiff,

-against-

THE WAY INTERNATIONAL, MICHAEL MINNETTA,

       Defendants.

20 Civ. 8026 (AT)

**ORDER**

ANALISA TORRES, District Judge:

  The case management conference scheduled for September 21, 2022, is ADJOURNED to **November 2, 2022**, at **10:00 a.m.** The conference will occur telephonically. The parties are directed to dial 888-398-2342 or 215-861-0674, and enter access code 5598827.

  Additionally, the parties are reminded that they must file a joint status report not later than one week in advance of the case management conference. *See* ECF No. 18 ¶ 16. And, pre-motion letters for any motions for summary judgment must be submitted within thirty days of the close of fact discovery. *See* ECF No. 65 at 3.

  SO ORDERED.

Dated: August 10, 2022
   New York, New York

_____
ANALISA TORRES
United States District Judge