```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/27/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YVETTE VOZZO,

                    Plaintiff,

-against-

THE WAY INTERNATIONAL, MICHAEL MINNETTA,

                    Defendants.

20 Civ. 8026 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Fact discovery in this action will close on March 27, 2023. ECF No. 83. Accordingly, the case management conference scheduled for March 7, 2023, is ADJOURNED to **April 25, 2023**, at **11:40 a.m.**

    Additionally, the parties are reminded that they must file a joint status report not later than one week in advance of the case management conference. *See* ECF No. 18 ¶ 16. And, pre-motion letters for any motions for summary judgment must be submitted within thirty days of the close of fact discovery. *See* ECF No. 65 at 3.

    SO ORDERED.

Dated: January 27, 2023
       New York, New York

                                            ANALISA TORRES
                                       United States District Judge