UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YVETTE VOZZO,

        Plaintiff,

-against-

THE WAY INTERNATIONAL, et al.,

        Defendants.

20-CV-8026 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On March 3, 2023, the Court granted defendant Michael Anthony Farris-Manetta's motion to vacate the default previously entered against him, and directed him to file his answer or other response to plaintiff's Complaint no later than March 24, 2023. (Dkt. 89.) No answer or other response has been filed.

Because defendant Farris-Manetta is proceeding *pro se*, the Court *sua sponte* extends his deadline to respond to the Complaint. Farris-Manetta shall file his answer or other response no later than **April 5, 2023**. <u>Should he fail to do so, he will once again be in default. Thereafter, a default judgment for money damages could be entered against him.</u>

Dated: New York, New York
      March 29, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**